# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____

Ozsus Lamar

-v-

Gordon

U.S.C.A. # _____

U.S.D.C. # 07cv5499

JUDGE: KMW

DATE: 9/6/07

[FILED stamp: U.S. DISTRICT COURT, SEP 06 2007, S.D. OF N.Y.]

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): David J. Thomas
FIRM: Orders, Judgments & Appeals
ADDRESS: _____
PHONE NO.: X0637

DISTRICT COURT DOCKET ENTRIES -----------------------------------------

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |

( ✓ ) Original Record                                    ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the  6  Day of Sept, 2007.

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05499-KMW
Internal Use Only

Ozsuslamar v. Seidler
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Fed. Question: Other

Date Filed: 06/11/2007
Date Terminated: 06/11/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Mustafa Ozsuslamar**    represented by    **Mustafa Ozsuslamar**
18188-050
MCC
150 Park Row
New York, NY 10007
PRO SE

V.

**Defendant**

**B. Alan Seidler**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Mustafa Ozsuslamar.(laq) (Entered: 06/21/2007) |
| 06/11/2007 | 2 | COMPLAINT against B. Alan Seidler. Document filed by Mustafa Ozsuslamar.(laq) (Entered: 06/21/2007) |
| 06/11/2007 |   | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 06/21/2007) |
| 06/11/2007 | 3 | ORDER OF DISMISSAL,,,I grant plaintiff's request to proceed for the purpose of this order, but dismiss the complaint for the reasons set forth. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed for lack of subject matter jurisdiction. FRCP 12(b)(1) and 12(h)(3).I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/07) (laq) (Entered: 06/21/2007) |
| 06/11/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith., JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/07) (laq) (Entered: 06/21/2007) |
|   |   |   |

| | | |
|---|---|---|
| 06/11/2007 | | (Court only) ***Civil Case Terminated.*** (laq) (Entered: 06/21/2007) |
| 08/22/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint), Judgment - Sua Sponte (Petition), Judgment - Sua Sponte (Complaint), Judgment - Sua Sponte (Petition), Judgment - Sua Sponte (Complaint), Judgment - Sua Sponte (Petition). Document filed by Mustafa Ozsuslamar. Copies mailed to the attorney of record: B. Alan Seidler. (dt) (Entered: 09/05/2007) |
| 08/22/2007 | | Appeal Remark as to [5] Notice of Appeal, filed by Mustafa Ozsuslamar, I.F.P. REVOKED 6/11/07. $455.00 APPEAL FILING FEE DUE. (dt) (Entered: 09/05/2007) |
| 09/05/2007 | | (Court only) ***Staff Notes: Received Notice of Appeal # 5 from the Pro Se Office on September 4, 2007. (dt) (Entered: 09/05/2007) |
| 09/05/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal,. (dt) (Entered: 09/05/2007) |
| 09/05/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (dt) (Entered: 09/05/2007) |