MANDATE

S.D.N.Y. - N.Y.C.
07-cv-5499
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13ᵗʰ day of February , two thousand eight,

Present:

    Hon. Robert D. Sack,
    Hon. Robert A. Katzmann,
    Hon. Reena Raggi,
             *Circuit Judges.*



---

Mustafa Ozsuslamar,

        *Plaintiff-Appellant,*

    v.                                    07-3843-pr

Alan B. Seidler,

        *Defendant-Appellee.*

---

Appellant, *pro se*, moves to proceed *in forma pauperis*. This Court has determined *sua sponte* that the notice of appeal was untimely filed. Upon due consideration, it is hereby ORDERED that the

SAO-MML

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by Islane Phillip

ISSUED AS MANDATE: APR 1 1 2008

appeal is DISMISSED.  *See* Fed. R. App. P. 4(a)(1).  It is further ORDERED that Appellant's motion is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

S.D.N.Y. - N.Y.C.
07-cv-5499
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13ᵗʰ day of February , two thousand eight,

Present:

Hon. Robert D. Sack,
Hon. Robert A. Katzmann,
Hon. Reena Raggi,
*Circuit Judges.*



---

Mustafa Ozsuslamar,

*Plaintiff-Appellant,*

v.                                                        07-3843-pr

Alan B. Seidler,

*Defendant-Appellee.*

---

Appellant, *pro se*, moves to proceed *in forma pauperis*. This Court has determined *sua sponte* that the notice of appeal was untimely filed. Upon due consideration, it is hereby ORDERED that the

SAO-MML

appeal is DISMISSED. *See* Fed. R. App. P. 4(a)(1).  It is further ORDERED that Appellant's motion is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

SAO-MM.